UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EMMI KUSHNIR,

    Plaintiff,

v.                                            Case No. 6:13-cv-711-Orl-18DAB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

THIS CAUSE comes for consideration on Plaintiff Emmi Kushnir's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner"), which the Court referred to United States Magistrate Judge David A. Baker for a report and recommendation. No party filed a timely objection to the Report and Recommendation. Having reviewed Judge Baker's Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge David A. Baker's Report and Recommendation (Doc. 18) is **APPROVED** and **ADOPTED**.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE and ORDERED** in Orlando, Florida on this _23_ day of June, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record